**United States Bankruptcy Court**
**Central District Of California**

In re:
Ubon Dumriwat

CHAPTER NO.: 7

CASE NO.: 2:10−bk−50560−RN

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Debtor's Certification of Employment Income
  Debtor's paystubs required

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

  Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

  255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: September 23, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Corazon Juco**
**Deputy Clerk**